1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                               DISTRICT OF NEVADA

9                                       * * *

UNITED STATES OF AMERICA,              )
10                                     )
                Plaintiff,             )
11                                     )
                                       )
12   v.                                )
                                       )          03:04-CV-00292-LRH-RAM
13   SHARLANDS TERRACE, LLC; et al,    )          – consolidated with –
                                       )          03:04-CV-00397-ECR-VPC
14              Defendants.            )
                                       )
15   _____ )          O R D E R
                                       )
16   SILVER STATE FAIR HOUSING         )
     COUNCIL, INC. And PAUL BABIAK,    )
17                                     )
                Plaintiffs,            )
18                                     )
     v.                                )
19                                     )
     SHARLANDS TERRACE LLC; et al,     )
20                                     )
                Defendants             )
21   _____ )

22          Presently before the court is third party defendant Cedar Roofing's motion to dismiss third-

23   party complaints, or in the alternative for summary judgment on order shortening time (#142[1]).  No

24   opposition has been filed.

25   _____

         [1] References to (#XX) refer to the court's docket.

1    Local Rule 7-2(d) provides that the "failure of an opposing party to file points and

2   authorities in response to any motion shall constitute a consent to the granting of the motion."

3   Accordingly, the court will grant Cedar Roofing's motion to dismiss the third party complaint

4   against it.

5    Alternatively, the court notes that Cedar Roofing's argument for dismissal based on

6   jurisdictional grounds was analyzed in the court's previous order granting similar relief to other

7   third party defendants (#137).  Thus, had the court reached the merits of Cedar Roofing's motion, it

8   would have dismissed the claim for the reasons stated in the aforementioned order.

9    IT IS SO ORDERED.

10    DATED this 24th day of January, 2006.

11

12   _____

13   LARRY R. HICKS
     UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25