UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SHARLANDS TERRACE, LLC et al.,<br><br>    Defendants. | 3:04-CV-00292-LRH-RAM<br><br>(Consolidated with<br>3:04-CV-00397-ECR-VPC)<br><br><u>ORDER</u> |

Before the court is Defendants Windgate Apartments LP; 1930 Wright Street LLC; 5311 College Oak Drive LLC; 3859 Annadale Lane LLC; Sharlands Terrace Apartments I, LLC; and Sharlands Terrace Apartments II, LLC's (collectively, the "Current Owner Defendants") Request for Clarification of Order Granting Partial Summary Judgment (#358[1]). In its October 1, 2008, order granting partial summary judgment to the United States, this court ordered Defendant Sharlands Terrace, LLC; Defendant Blatt Development, Inc.; Defendant Michael Blatt; Defendant James Tibbens; and Defendant Jeff Codega Planning and Design (collectively, the "Design/Construction Defendants") to submit a remedial plan identifying how they will timely eliminate the Fair Housing Act violations at the Sharlands Terrace Apartments. The court also encouraged all the defendants and the United States to work together in the completion of a

---

[1] Refers to the court's docket

1  remedial plan.  On November 7, 2008, the Design/Construction Defendants submitted a proposed
2  remedial plan that is currently under review by this court.

   In their present motion, the Current Owner Defendants request that this court clarify its October 1, 2008, order to provide for the Current Owner Defendants' input and participation in the remedial plan.  This request is unnecessary, as the court will certainly consider the Current Owner Defendants' concerns in fashioning equitable relief.  In fact, the Current Owner Defendants have submitted a response to the proposed remedial plan (#365).

   IT IS THEREFORE ORDERED that the Current Owner Defendants' Request for Clarification of Order Granting Partial Summary Judgment (#358) is DENIED as moot.

   IT IS SO ORDERED.

   DATED this 24th day of February, 2009.

   _____
   LARRY R. HICKS
   UNITED STATES DISTRICT JUDGE

2