UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                          )<br>              Plaintiff,                          )<br>                                                          )<br>      v.                                                 )<br>                                                          )<br> SHARLANDS TERRACE, LLC, et al.,  )<br>                                                          )<br>              Defendants.                       )<br>_____)  | 3:04-CV-00292-LRH-RAM<br><br>(Consolidated with<br>3:04-CV-00397-ECR-VPC)<br><br><u>ORDER</u> |

The court orders the parties to provide a status report concerning and identifying (1) any unresolved matters in this action, including reference to the Owner Defendants' cross-claims against James Tibbens and Jeff Codega Planning and Design, and (2) the effect of Jeff Codega Planning and Design's Chapter 7 bankruptcy filing on this action.  The report may be filed either separately or jointly and must be provided on or before August 14, 2009.  Responses are not required but will be allowed if filed on or before August 24, 2009.

IT IS SO ORDERED.

DATED this 21st day of July 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE